David T. Pollock (SBN 217546)
Email: dpollock@reedsmith.com
Christopher J. Pulido (SBN 313142)
Email: cpulido@reedsmith.com
REED SMITH LLP
101 Second St, Suite 1800
San Francisco, CA 94105
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Anna M. Targowska (*pro hac vice*)
Email: atargowska@reedsmith.com
REED SMITH LLP
10 South Wacker Dr.
Chicago, IL 60606
Telephone: (312) 207-1000

*Attorneys for Defendants*
*CamelBak Products, LLC and*
*Vista Outdoor Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TROVE BRANDS, LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CAMELBAK PRODUCTS, LLC and VISTA OUTDOOR INC.,<br><br>　　　　Defendants. | No.: 5:23-cv-04267-PCP<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO AMEND THE PLEADINGS**<br><br>Judge P. Casey Pitts<br><br>Date:　　　　February 1, 2024<br>Time:　　　　10:00 AM<br>Courtroom:　San Jose Courthouse<br>　　　　　　　Courtroom 8, 4th Floor |

TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on February 1, 2024 at 10:00 a.m., or as soon thereafter as this matter may be heard, in Courtroom 8, 4th Floor, of the above-entitled Court, located at 280 South 1st Street, Room 2112, San Jose, CA 95113, before the Honorable P. Casey Pitts, Defendant Vista Outdoor Inc. ("VOI") and Defendant CamelBak Products, LLC ("CamelBak") (collectively, "Defendants"), by and through counsel, will and hereby does move for an order to amend the pleadings. Specifically, VOI moves, pursuant to Rule 21 of the Federal Rules of Civil Procedure ("FRCP"), to sever and dismiss Plaintiffs' claims against VOI because VOI is an improper party, or, in the alternative, pursuant to FRCP Rule 12(b)(1), to dismiss the claims against VOI for lack of subject matter jurisdiction. Additionally, CamelBak moves, pursuant to FRCP Rule 15, for leave to amend Defendants' Answer to Trove Brands' Declaratory Judgment Complaint and amend CamelBak's Counterclaims to add a claim for infringement of a recently-allowed and soon-to-issue patent related to three of the Patents-in-Suit. *See* DN 19. This Motion is based on the grounds discussed in the Memorandum of Points and Authorities in Support of this Motion, the Declarations of Christopher Pulido and Greg Williamson, filed herewith, the complete files in this action, the arguments of counsel, and other further matters as this Court may consider.

WHEREFORE, Defendants respectfully requests that the Court issue an order GRANTING this Motion to Amend the Pleadings and awarding Defendants such other and further relief as the Court deems just.

Dated: December 21, 2023

By: */s/ Christopher J. Pulido*
David T. Pollock (SBN 217546)
Email: dpollock@reedsmith.com
Christopher J. Pulido (SBN 313142)
Email: cpulido@reedsmith.com
REED SMITH LLP
101 Second St, Suite 1800
San Francisco, CA 94105
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Anna M. Targowska (*pro hac vice*)
Email: atargowska@reedsmith.com
REED SMITH LLP
10 South Wacker Dr.

|   |   |
|---|---|
| 1 | Chicago, IL 60606 |
| 2 | Telephone: (312) 207-1000 |

*Attorneys for Defendants Vista Outdoor Inc. and CamelBak Products, LLC.*