Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
Cheryl T. Burgess (CA SBN 250,101)
cheryl.burgess@knobbe.com
Jacob R. Rosenbaum (SBN 313,190)
jacob.rosenbaum@knobbe.com
Robert W. Servilio (CA SBN 347,114)
robert.servilio@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
**Trove Brands, LLC**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROVE BRANDS, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CAMELBAK PRODUCTS, LLC AND VISTA OUTDOOR INC.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | No. 5:23-CV-04267-PCP<br><br>**PLAINTIFF TROVE BRANDS' STATEMENT IN SUPPORT OF CAMELBAK'S ADMINISTRATIVE MOTION (D.I. 51) TO FILE UNDER SEAL**<br><br>Hon. P. Casey Pitts |

Pursuant to Local Rule 79-5(c)(1), (f)(3), Plaintiff Trove Brands ("Trove") submits this statement in support of CamelBak's Administrative Motion ("Motion to Seal") to:

1. Consider whether Another Party's Material Should be Sealed re CamelBak's Statement in Support of Its Amended Infringement Contentions ("Statement")

Trove asserts the following that sets forth the basis for confidentiality and the grounds for filing under seal the certain exhibits below at issue in the Motion to Seal.

| MOTION AND RELATED DOCUMENTS | PORTION TO BE SEALED | REASON FOR SEALING |
|---|---|---|
| Statement, Ex. 1 (Amended Infringement Contentions) | Highlighted portions on pages 4-7 | The highlighted portions of CamelBak's Statement contain material that Trove has designated as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case (D.I. 46) |
| Statement, Ex. 1 at Ex. A-1 (Amended Infringement Claim Chart) | Highlighted portions on pages 2-9 | The highlighted portions of CamelBak's Statement contain material that Trove has designated as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case (D.I. 46) |
| Statement, Ex. 2 (Redline of Amended Infringement Contentions) | Highlighted portions on pages 3-11 | The highlighted portions of CamelBak's Statement contain material that Trove has designated as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case (D.I. 46) |
| Statement, Ex. 2 at Ex. A-1 (Redline of Amended Infringement Claim Chart) | Redacted portions | The highlighted portions of CamelBak's Statement contain material that Trove has designated as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case (D.I. 46) |

1

2   If the information in the above is not placed under seal, Trove's highly sensitive and
3   confidential information will be compromised, exposing Trove to substantial financial risk to its
4   competitors.  Unless the information is sealed, competitors and others will be provided access to
5   information that would not ordinarily be available to the public, let alone available to one or more
6   of Trove's competitors in the highly competitive water bottle industry.  Competitors and others in
7   the marketplace might exploit such information for their own benefit, to the unfair detriment of
8   Trove.  A less restrictive alternative to the sealing requested in the above-identified Motion is not
9   sufficient because publication of the sealed and/or redacted information at issue in the Motion
10  would render any other less restrictive alternative futile as publication of the information would
11  have already caused the harm described above.

12

13                                          Respectfully submitted,
                                            KNOBBE, MARTENS, OLSON & BEAR, LLP
14

15  Dated: May 15, 2024                     By:  /s/ Cheryl T. Burgess
                                                 Ali S. Razai
16                                               Cheryl T. Burgess
                                                 Jacob R. Rosenbaum
17                                               Robert W. Servilio

18                                          Attorneys for Plaintiff
                                            Trove Brands, LLC
19

20

21

22

23

24

25

26

27

28

Case No. 5:23-CV-04267-PCP        -2-     STATEMENT IN SUPPORT OF CAMELBAK'S
                                          ADMINISTRATIVE MOTION (D.I. 51) TO
                                          FILE UNDER SEAL